UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Gregori White,

                                  Plaintiffs,

        -against-

Metro-North Commuter Railroad Company,

                                Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:25 cv 1164 KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 10, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                May 6, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025